THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d) (2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 In The Interest
 Of David Tyler S., A Juvenile Under The Age Of Seventeen, Appellant.
 
 
 
 
 

Appeal From Anderson County
Timothy L. Brown, Family Court Judge

Unpublished Opinion No. 2010-UP-043
 Submitted January 4, 2010  January 26,
2010    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, South Carolina Commission on Indigent Defense, Division of Appellate
 Defense, of Columbia, for Appellant.
 Assistant Deputy Attorney General Salley
 W. Elliott, Office of the Attorney General, of Columbia, Christina Theos Adams,
 of Anderson, for Respondent.
 
 
 

PER CURIAM:  In March of 2008, David S., a minor
 under the age of seventeen, was sentenced to ninety days and nine months
 probation with the ninety days suspended for simple possession of marijuana, simple
 assault and battery and use of a vehicle without owner's permission.  Following
 a probation revocation hearing, the court revoked David S.'s suspended
 sentence.  David S.'s counsel attached to the brief a petition to be relieved
 as counsel, stating that she had reviewed the record and concluded this appeal
 lacks merit.  David S. did not file a pro se brief.  
After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's petition to be relieved.
APPEAL
 DISMISSED
HUFF, A.C.J.,
 GEATHERS, J., and CURETON, A.J., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.